CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 13 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| SYLVESTER M. CHEATHAM, | ) |
| | ) |
| | ) Case No. 2:08CV00008 |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) By: James P. Jones |
| COMMISSIONER OF SOCIALSECURITY, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1.    The plaintiff's objections are overruled;

2.    The magistrate judge's report and recommendations are accepted;

3.    The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4.    The final decision of the Commissioner is **affirmed**; and

5.    The clerk is directed to close the case.

ENTER:    November 13, 2008

Chief United States District Judge